IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0198

_____

IN RE THE MARRIAGE OF:

DAVINA ATTAR-WILLIAMS,

      Petitioner and Appellant,

  and                                      O R D E R

STEVEN THOMAS WILLIAMS,

      Respondent and Appellee.

_____

The record was filed for purposes of this appeal on June 7, 2024.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than August 23, 2024.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2024